IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Misc. No. 2:20-mc-627
APPLICATION FOR EX PARTE )
ORDER TO DISCLOSE TAX RETURN )
AND RETURN INFORMATION )

ORDER FOR DISCLOSURE OF
RETURN AND RETURN INFORMATION

AND NOW, to wit, this 29th day of April, 2020, it comes for the attention of the Court the Application of Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, for an ex parte Order, pursuant to 26 U.S.C. § 6103(i)(l), directing the Internal Revenue Service to disclose returns and return information of:

Name:     Tammy Laird
Address:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB:      ▮▮▮▮▮▮▮▮
SSN:      ▮▮▮▮▮▮▮▮

Name:     Blaine Laird (Tammy Laird's husband)
Address:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB:      ▮▮▮▮▮▮▮▮
SSN:      ▮▮▮▮▮▮▮▮

for the taxable periods January 1, 2009 to December 31, 2013.

After examining the Application and Affidavit the Court finds:

(1) That Tammy Laird has committed acts in violation of a federal criminal statute, namely Title 18, United States Code, Section 1343 (wire fraud).

(2) There is reason to believe that the returns and return information are or may be relevant to matters related to the commission of such acts.

(3) The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such acts.

(4) The information sought to be obtained cannot reasonably be obtained, under the circumstances, from another source.

(5) The Court further finds that applicants AUSA Carolyn J. Bloch and Federal Bureau of Investigation Special Agents Samantha Bell and Brian Collins are federal officers or employees and are primarily and directly engaged in, and the information sought is solely for their use in investigating and prosecuting the above-mentioned violation(s), or preparing the matter for judicial proceedings; and that the Application is authorized by Scott W. Brady, United States Attorney for the Western District of Pennsylvania.

IT IS THEREFORE ORDERED that the Internal Revenue Service:

(1) Disclose such returns and return information of

    Name:      Tammy Laird
    Address:
    DOB:
    SSN:

    Name:      Blaine Laird (Tammy Laird's husband)
    Address:
    DOB:
    SSN:

For the taxable periods January 1, 2009 to December 31, 2013, as have been filed and are on file with the Internal Revenue Service;

(2) Make certification of lack of record, as may be required, if any of the returns and return information described above have not been filed or are not on file with the Internal Revenue Service;

(3) Disclose such returns and return information described above as come into the possession of the Internal Revenue Service subsequent to the date of this Order, and within 90 days hereafter;

(4) Disclose such returns and return information and make such certification only to applicants AUSA Carolyn J. Bloch and Federal Bureau of Investigation Special Agents Samantha Bell and Brian Collins, and to no other person, unless otherwise ordered by the Court, and;

(5) Disclose no returns or return information other than as stated above, unless otherwise ordered by the Court.

IT IS FURTHER ORDERED that applicants AUSA Carolyn J. Bloch and Federal Bureau of Investigation Special Agents Samantha Bell and Brian Collins and any officer or employee of any federal agency who may be subsequently assigned in this matter shall use the returns and return information disclosed under this Order solely in investigating and/or prosecuting the above-mentioned violation(s) of Title 18, United States Code, Section 1343, and any such other violations of any federal criminal statutes, although presently unknown, as are discovered in the course of this investigation, and in preparing the matter for sentencing.

IT IS FURTHER ORDERED that no disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-1.

s/ J. Nicholas Ranjan
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney